**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

   **v.**                                        Case No. 05-cr-255-01-PB

**Darisnel Mercado**

**O R D E R**

The defendant has moved to continue the February 7, 2006 trial in the above case, citing defense counsel's scheduling conflict with the trial date. The government does not object to a continuance of the trial date.

Accordingly, in order to accommodate counsel's scheduling conflict and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 7, 2006 to April 4, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 25, 2006 final pretrial conference is continued until March 21, 2006 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 13, 2006

cc:  Paul Haley, Esq.
     Mark Irish, AUSA
     United States Probation
     United States Marshal